JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BRIAN ALEXIS, | ) CV 14-02019-ODW (SH) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: August 13, 2014

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE